UNITED STATES DISTRICT COURT

ORIGINAL

DISTRICT OF MINNESOTA

SOUTH CENTRAL MINNESOTA ELECTRICAL WORKERS' INDUSTRY WELFARE PLAN; SOUTH CENTRAL MINNESOTA ELECTRICAL WORKERS' ANNUITY AND 401(k) PLANS; SOUTH CENTRAL MINNESOTA ELECTRICAL WORKERS' VACATION & HOLIDAY PLAN; and SOUTH CENTRAL MINNESOTA JOINT APPRENTICESHIP COMMITTEE FOR THE ELECTRICAL INDUSTRY TRUST FUND,

Civil File No. 01-1572 DWF/SRN

Plaintiffs,

vs.

CLINTON ELECTRIC CO.,

Defendant.

**NOTICE OF DISMISSAL WITHOUT PREJUDICE AND ORDER**

**PLEASE TAKE NOTICE** that pursuant to Fed.R.Civ.P. 41(a)(1), the Plaintiffs hereby dismiss the above-captioned action without prejudice.

Dated: December 21, 2001

McGRANN SHEA ANDERSON CARNIVAL STRAUGHN & LAMB, CHARTERED

By [signature]
Pamela Hodges Nissen
Att'y Reg. No. 259810
800 Nicollet Mall
Suite 2600
Minneapolis, MN 55402-7035
Telephone: (612) 338-2525

ATTORNEYS FOR PLAINTIFFS

FILED JAN 02 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

**ORDER**

IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

Date: January 2, 2002

Donovan W. Frank
Judge of District Court